# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-00636-DSC

| | |
|---|---|
| AMIROTECH, INC.<br><br>Plaintiff,<br><br>v.<br><br>SRG TECHNOLOGY, LLC<br><br>Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the parties' "Joint Motion to Stay Proceedings" (document #36).

The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. §636(c).

For the reasons set forth therein, the Motion will be **GRANTED**. The matter, including any deadline due on or after March 1, 2017, is **STAYED** until July 30, 2017 while the parties finalize their written settlement agreement and perform all the obligations owed pursuant to the settlement agreement.

The parties shall file a status report within thirty days of this Order stating whether their agreement in principle has been reduced to an executed settlement agreement.

The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: March 2, 2017

_____
David S. Cayer
United States Magistrate Judge

1