IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-00636-DSC

| | |
|---|---|
| Amirotech, Inc.<br><br>Plaintiff,<br><br>-against-<br><br>SRG Technology, LLC<br><br>Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE** |

In accordance with Federal Rule of Civil Procedure 41, Plaintiff Amirotech, Inc. and Defendant SRG Technology, LLC filed a Joint Motion to Dismiss with Prejudice (document #41), and have requested that the Court dismiss Plaintiff's claims against Defendant with prejudice and dismiss Defendant's claims against Plaintiff with prejudice on the grounds that the parties have settled this action.

IT IS, THEREFORE, ORDERED that all Plaintiff's claims against Defendant are hereby DISMISSED with prejudice and all Defendant's claims against Plaintiff are hereby DISMISSED with prejudice.

The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: August 5, 2017

_____
David S. Cayer
United States Magistrate Judge

1